

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2018

No. 04-18-00401-CR

Alberto **VERASTEGUI**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 14,031CR
Honorable Robert Cadena, Judge Presiding

# O R D E R

The clerk's record has been filed, but does not contain a copy of the trial court's certification of the defendant's right of appeal as required by Rule 25.2(a)(2)(d) of the Texas Rules of Appellate Procedure. We order the trial court clerk, Jo Ann Cervantes, to file a supplemental clerk's record containing the trial court's certification of the defendant's right of appeal by August 13, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court